Commonwealth ex rel. O'Brien, Appellant,
*v.* Burke.

Submitted March 21, 1952. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS, ARNOLD and GUNTHER, JJ.

274

*Harry R. O'Brien,* appellant, in propria persona, submitted a brief.

*Richardson Dilworth,* District Attorney, *Michael von Moschzisker,* First Assistant District Attorney, *Thomas M. Reed* and *John T. Curtin,* Assistant District Attorneys, for appellee, submitted a brief.

PER CURIAM, July 17, 1952:
The order is affirmed on the opinion of President Judge BOK.